```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
GENERAL ELECTRIC COMPANY,
a New York corporation          :
(dba GE Healthcare),                       ORDER
                                :
           Plaintiff,           06 Civ. 0050 (SAS)(MHD)
                                :
     -against-
                                :
MARTIN R. PRINCE,
                                :
           Defendant.
-------------------------------x
```

1/12/07

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Upon the application of the parties for a modification of the previous pre-trial schedule, and in view of recent developments that have delayed the completion of fact discovery, it is hereby ordered as follows:

1. All remaining fact discovery is to be completed by February 9, 2007.

2. The parties shall serve all expert reports on those issues for which they bear the burden of proof by no later than February 16, 2007.

3. The parties shall serve rebuttal expert reports by March 17, 2007.

    4. The parties shall complete expert witness depositions by April 30, 2007.

    5. The parties shall serve and file their summary judgment motions, if any, by no later than May 14, 2007. To do so, they are to comply with Judge Scheindlin's chambers rules requiring submission of letters and a pre-motion conference (Individual Rule and Procedure III(A)) early enough to ensure that they may meet this deadline.

    6. In the event that defendant has not narrowed his infringement claims by February 9, 2007, plaintiff may request a conference to address the issue.

    7. The timing of any <u>Markman</u> briefing and hearing and the scheduling of any trial will be determined by Judge Scheindlin.


Dated: New York, New York
       January 12, 2007


                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE

2

Copies of the foregoing order have been mailed today to:

David W. Beehler, Esq.
Robins, Kaplan, Miller & Ciresi, Esq.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015

Paul S. Grewal, Esq.
Day Casebeer Madrid & Batchelder LLP
203000 Stevens Creek Boulevard
Cupertino, California 95014